886

No. 356. JONES ET AL. v. ST. MARY'S ROMAN CATHOLIC CHURCH, OPERATING AS ST. MARY'S ROMAN CATHOLIC SCHOOL (GRAMMAR). Supreme Court of New Jersey. Certiorari denied. *Sylvester S. Garfield* for petitioners. *Allen Conley Mathias* for respondent.

No. 358. KYLE v. JONES, COLLECTOR OF INTERNAL REVENUE. C. A. 10th Cir. Certiorari denied. *Charles E. Dierker* and *John E. Marshall* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack, Helen Goodner* and *Melva M. Graney* for respondent.

No. 359. GREDE FOUNDRIES, INC. v. NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied. *Clark M. Robertson* and *Jackson M. Bruce* for petitioner. *Solicitor General Perlman, David P. Findling* and *Mozart G. Ratner* for respondent.

No. 360. KATZ v. R. HOE & Co., INC. ET AL. Appellate Division of the Supreme Court of New York, First Judicial Department. Certiorari denied. *Gustave B. Garfield* for petitioner. *Neil P. Cullom* for respondents.

No. 363. KING, SPECIAL ADMINISTRATOR, v. NICHOLSON TRANSIT Co. Supreme Court of Michigan. Certiorari denied. *Paul R. Trigg, Jr.* for petitioner. *Sparkman Deats Foster* for respondent.

No. 367. ACF-BRILL MOTORS Co. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied. *John E. Hughes* for petitioner. *Solicitor General Perl-*

*man, Assistant Attorney General Caudle, Ellis N. Slack* and *Hilbert P. Zarky* for respondent.

No. 369. WARFIELD ET AL. *v.* MARKS ET AL. C. A. 5th Cir. Certiorari denied. *L. E. Gwinn* for petitioners. *P. H. Eager, Jr., M. M. Roberts, S. B. Laub* and *Frank E. Everett, Jr.* for respondents.

No. 377. LEVY *v.* DABNEY, TRUSTEE. C. A. 2d Cir. Certiorari denied. *Herbert Monte Levy* for petitioner. *Harold Harper* for respondent.

No. 378. UNIVERSAL EQUIPMENT Co. *v.* HARVEY COR-PORATION. Supreme Court of Florida. Certiorari denied. *Thomas H. Anderson* for petitioner. *William Gresham Ward* for respondent.

No. 380. PFISTER ET AL. *v.* COW GULCH OIL Co. ET AL. C. A. 10th Cir. Certiorari denied. *Wendell Berge* for petitioners. *Warwick M. Downing* for the Cow Gulch Oil Co.; and *W. J. Wehrli* and *Ewing T. Kerr* for the Atlantic Refining Co., respondents.

No. 381. McCARTY ET AL. *v.* NELSON, ADMINISTRATOR, ET AL. Supreme Court of Minnesota. Certiorari denied. *E. Luther Melin* for petitioners. *L. Glenn Fassett, Jr.* for respondents.

No. 406. FORD MOTOR Co. *v.* PIERCE ET AL. C. A. 4th Cir. Certiorari denied. *Aubrey R. Bowles, Jr.* for peti-